**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| JUDITH PONCE ALONZO<br><br>**Plaintiff**<br><br>**v.**<br><br>CICA COLLECTION AGENCY, INC.; INSURANCE COMPANIES ABC; JOHN DOE AND JANE DOE<br><br>**Defendants** | **CIVIL NO. 25-01132**<br><br>**RE:** Violations of the Fair Debt Collection Practices Act. |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

TO THE HONORABLE COURT:

COMES NOW Plaintiff, represented by undersigned counsel, and very respectfully states, alleges and prays as follows:

1. Plaintiff filed the complaint in the instant action on March 7, 2025. *See Dk. #1*
2. While no answer to the complaint nor responsive motion has been filed by Defendant, the parties have reached a private agreement that has already been executed.
3. Consequently, Plaintiff moves for the voluntary dismissal with prejudice of the present action. (Fed. R. Civ. P. 41(a)(1)(A)(i))

WHEREFORE, Plaintiff respectfully moves this Honorable Court to enter an Order dismissing this action with prejudice.

**CERTIFICATE OF SERVICE**: I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the participants appearing in said record.

**RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico, this 28th day of May 2025

**THE BATISTA LAW GROUP, PSC.**
P.O. Box 191059
San Juan, PR. 00919
Telephone: (787) 620-2856
Facsimile: (787) 777-1589

/s/ Carlos A. Ortiz Morales
Carlos A. Ortiz Morales, Esq.
USDC-PR No. 120402
E-mail: comlaw@gmail.com