IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JUDITH PONCE-ALONZO,

Plaintiff,

v.

CICA COLLECTION AGENCY, INC.,

Defendant.

CIVIL NO. 25-1132 (CVR)

# JUDGMENT

Pursuant to Plaintiff's "Notice of Voluntary Dismissal With Prejudice" (Docket No. 5), the Court hereby DISMISSES this case, WITH PREJUDICE.

IT IS SO ORDERED.

In San Juan, Puerto Rico, on this 28th day of May 2025.

S/CAMILLE L. VELEZ-RIVE
CAMILLE L. VELEZ-RIVE
UNITED STATES DISTRICT JUDGE